UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Steven P. Lemay

        v.                                   Case No. 08-cv-195-SM

State of New Hampshire, et al.


O R D E R

    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 16, 2008, no objection having been filed, for the reasons set forth therein.   Plaintiff's complaint is hereby dismissed without prejudice.

    SO ORDERED.


November   18,  2008                                 _____
                                                          Steven J. McAuliffe
                                                          Chief Judge


cc:    Steven P. Lemay, pro se